UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEBRA A. FLORENCE-SALMON,

    Plaintiff,

v.        Case No.: 3:12cv393-MCR/EMT

SEAN PARKER
and JULIAN GLOVER,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 19, 2013 (doc. 34). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the court determines the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Parker's motion to dismiss or for summary judgment (doc. 25) is **GRANTED**, and Plaintiff's claims against Parker are **DISMISSED with prejudice**.

3. Plaintiff's claims against Defendant Glover are **DISMISSED without prejudice** for Plaintiff's failure to effect timely service of the complaint.

**DONE AND ORDERED** this 22nd day of September, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**